### THOMPSON *vs.* THE STATE.

[INDICTMENT FOR MALICIOUS MISCHIEF.]

1. *Jury, province of; what charge invades.*—A charge which assumes a fact to be proved, without referring to the jury the credibility of the evidence offered to prove it, and whether if credible it proves the fact, invades the province of the jury, and is therefore erroneous.

APPEAL from Criminal Court of Dallas.
Tried before Hon. GEORGE H. CRAIG.

The point upon which the case turns is fully stated in the opinion.

—— —— for appellant.
J. W. A. SANFORD, Attorney-General, *contra.*

PECK, C. J.—The indictment in this case was found in the criminal court of Dallas county. The charge is, that the appellant, John Thompson, unlawfully and maliciously disabled a cow, the property of Stephen Tarrant, against the peace and dignity of the State of Alabama.

The trial was had on the plea of not guilty; the appellant was convicted and fined fifty dollars. On the trial a bill of exceptions was signed and sealed at his instance, which set out all the evidence.

The court charged the jury in writing, to which the appellant excepted. In this charge, among other things, the

court stated to the jury, "It has been testified to before you, that the cow proven to have been shot, was outside of the field in which the corn of John Thompson was growing at the time of the shooting." Was this proper to be said to the jury? or, in saying it, did the court invade the province of the jury? We think it was most clearly the latter. The court assumed to tell the jury what was testified to, and what was proved, without leaving it to the jury to find from the evidence what was, or was not proved. It assumed as a fact that the cow was shot, and where she was at the time she was shot—that she was outside of the field in which the corn of John Thompson was growing, at the time of the shooting. This was a clear invasion of the province of the jury. A charge which assumes a fact to be proved, without referring to the jury the credibility of the evidence offered to prove it, and whether, if credible, it proves the fact, is an invasion of the province of the jury. It is the province of the jury, not of the court, to find from the evidence what is proved. The jury alone can determine the credibility of the evidence, and what it proves, and a charge that assumes to do this is erroneous. Shep. Dig. p. 460.

The judgment is reversed, and the cause is remanded for a new trial.